**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHI KEUNG LAI,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | No. 26-cv-03479<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Albert Berry, III |

## ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION

Plaintiff CHI KEUNG LAI ("Lai" or "Plaintiff") filed an *Ex Parte* Motion for Entry of an Order for Leave to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores") for the purpose of selling products using infringing versions of Plaintiff's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-458-822; VA 2-458-833; VA 2-458-826; VA 2-467-638; VA 2-467-644; VA 2-458-824; VA 2-458-816; VA 2-458-818; VA 2-467-409; VA 2-467-319; VA 2-458-819; VA 2-467-480; VA 2-458-829; VA 2-458-832; VA 2-467-543; VA 2-458-820; VA 2-458-831; VA 2-467-130; VA 2-458-815; VA 2-467-241; and VA 2-467-280 (the "Andy Westface Works") to residents of Illinois. After reviewing the Motion and the accompanying record, this Court GRANTS Lai's Motion as follows.

This Court finds that issuing this Order without notice pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure is appropriate because Lai has presented specific facts in support of the Motion clearly showing that Plaintiff will be otherwise unable to properly serve Defendants without the requested leave. Specifically, an *ex parte* Order for discovery of Defendants' financial accounts and email addresses is necessary so that Defendants can be served with notice to conserve judicial resources and proceed to the merits of this case. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. Defendants' financial accounts, including operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

    c.   any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Temu, Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2.    Defendants, within fourteen (14) calendar days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing:

    a.   their identity and location, including contact information, their true name and physical address, and all associated e-mail addresses, of Defendants;

    b.   the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history; and

    c.   the steps taken by Defendants to comply with paragraph 1, (a)-(c) above.

3.    Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of this order and any hearings, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website along with copies of the documents to be served to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original

summons in the name of "LOMTRATS and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Dated: May 29, 2026

Andrea R. Wood
United States District Judge

**Schedule A**

| No. | Defendants |
|-----|------------|
| 1 | LOMTRATS |
| 2 | Stitchmelody Cross Stitch |
| 3 | DIY Home Decor |
| 4 | Itstitch |
| 5 | DSHRTB |
| 6 | AWEGFA |
| 7 | TOAYWANG |
| 8 | GERYUE |
| 9 | AmaShow |
| 10 | TattoosXparty |
| 11 | BestTattoos |
| 12 | Hei Jing |
| 13 | Drizzlel |
| 14 | Setoda Store |
| 15 | eGoodn |
| 16 | Silent Harbor |
| 17 | yaping |
| 18 | TNCDJKPA |
| 19 | Jaurney |
| 20 | yehongying |
| 21 | Puzzlefun |
| 22 | LICHI HOME STYLE |
| 23 | NPY- NA |
| 24 | BirthdayLovely |
| 25 | yiyangshiziyangquqishuankejiyouxiangongsi |
| 26 | Wanxiao |
| 27 | FUNWING PARTY SUPPLIES |
| 28 | Bolcguri FGD |
| 29 | ZHANGEN |
| 30 | HZGZOO |
| 31 | SXGPSP |
| 32 | Broad Universe |
| 33 | WEN QEE |
| 34 | changyingfuzhuangjingyingbu |
| 35 | guangzhouqiangxianshangmaodian |

5

| | |
|---|---|
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi |
| 37 | yanLbaby |
| 38 | junlemei |
| 39 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 40 | daixuejingarts |
| 41 | JLJDP |
| 42 | 嘉善立鑫五金制品贸易有限公司 |
| 43 | deanfun |
| 44 | zezekeji |
| 45 | Evangeline |
| 46 | mr wang |
| 47 | SHUNDONG Co.Ltd |
| 48 | PANCAI digital oil painting |
| 49 | Poster Artwork |
| 50 | Miracle Decorate |
| 51 | WDQFANBU art poster shop |
| 52 | CCartist |
| 53 | Blackout Art |
| 54 | KUBY Painting SHOP |
| 55 | CanvasEva |
| 56 | The Pinnacle Of Art CC |
| 57 | Quangshengbei |
| 58 | Exquisite pillow life |
| 59 | meichuxi |
| 60 | Love and Freedom stickers |
| 61 | Hot auto car accessories |
| 62 | Yefeng Auto car accessories |
| 63 | American lucky sticker |
| 64 | ArtSpark |
| 65 | Car Potty Pops |
| 66 | Wall Deco Delight |
| 67 | Sticker S |
| 68 | LuminaCoveW |
| 69 | asasdbhbhibhibhik |
| 70 | A Dream Wedding |
| 71 | LikeMeNow |
| 72 | DMstudio |

| | |
|---|---|
| 73 | lingthint |
| 74 | Bloom Max WishShape |
| 75 | linliyuangerendian |
| 76 | qiqiposter |
| 77 | Wooden frame art poster |
| 78 | Wonderful poster decoration painting |
| 79 | Y HDposter |
| 80 | F Sincere Decorative painting |
| 81 | yujain ni art |
| 82 | T ART Canvas painting |
| 83 | TSNKH |
| 84 | HomeGallery |
| 85 | luckytow |
| 86 | Art Triple Canvas Co |
| 87 | XXLLshop |
| 88 | KC stickers |
| 89 | huahuadecorationshop |
| 90 | zhengjiayano |
| 91 | Zhi han Canvas Painting |
| 92 | Rongxishopping |
| 93 | J Happy Decorative Painting |
| 94 | Academic Search Shop |
| 95 | YAZHUHENG |
| 96 | HQY Art |
| 97 | A Super decorative painting |
| 98 | Talisha Decorate |
| 99 | cangwangtushudian |
| 100 | Cfchaowu |
| 101 | Cfjiajudian |
| 102 | I Distant decorative painting |
| 103 | Y ING |
| 104 | XMcytwo |
| 105 | fangyanping |
| 106 | Great stickers |
| 107 | E Sea Artwork |
| 108 | A Sincere Decorative painting |
| 109 | C Grateful Decorative painting |
| 110 | LZMGXBBQD |

| 111 | XM ART |
|-----|--------|
| 112 | Zhang Ping Canvas painting |
| 113 | NiuCanvasPainting |
| 114 | Biwangf |
| 115 | Rising Star Art Gallery |
| 116 | SI Art shop |
| 117 | AT stickers |
| 118 | GiftsByDesign |
| 119 | DDWFEA |
| 120 | MGDZSD |
| 121 | I am not interested in money |
| 122 | zou xiao Canvas Painting |
| 123 | Palette Loft |
| 124 | jianhongfanbuhua |
| 125 | ZWN Wall Art |
| 126 | QiYuyuanbin |
| 127 | Blanket Runner Table Shop |
| 128 | HomeMat |
| 129 | JJ Sign |
| 130 | Strong Overlord Shop |
| 131 | Shuangshuang fabric shop |
| 132 | Sunny Spaces k |
| 133 | Shouwu Shop |
| 134 | Artistic Decor Canvas |
| 135 | Magtion Art |
| 136 | between lovers |
| 137 | giftsflash |