**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

       Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No.: 1:26-cv-03479

Judge Andrea R. Wood

Magistrate Judge Albert Berry, III

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, CHI KEUNG LAI ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website and copies of the actual documents to be served.

3.      I hereby certify that on June 9, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry [15], Motion for Expedited Discovery and Electronic Service, Memorandum in Support, and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at the Amazon Payments, Inc.

("Amazon"), PayPal, Inc. ("PayPal"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") marketplaces, as identified and provided for Defendants by third parties.

4.      I hereby certify that on or before June 9, 2026, I electronically published the Complaint, Summons, Minute Entry [15], Motion for Expedited Discovery and Electronic Service, Memorandum in Support, and Order for Leave to Conduct Expedited Discovery and Electronic Service on a website.

5.      I hereby certify that on June 9, 2026, I sent an e-mail containing a copy of the Complaint, Summons, Minute Entry [15], Motion for Expedited Discovery and Electronic Service, Memorandum in Support, and Order for Leave to Conduct Expedited Discovery and Electronic Service to the e-mail addresses associated with accounts at the Amazon, PayPal, Temu, and Walmart marketplaces, as identified and provided by third parties for Defendants, that includes a link to said website.

6.      The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2026.


*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*

2