**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Chi Keung Lai V. The         Case Number: 26cv3479
Partnerships And Unincorporated
Associations Identified On Schedule A

An appearance is hereby filed by the undersigned as attorney for:
AmaShow (No. 9), Hei Jing (No. 12), Drizzlel (No. 13), and Wanxiao (No. 26)

Attorney name (type or print):  Longhao Wang

Firm: LW Legal LLC

Street address:       150 S. Wacker Suite 2400

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6316761          Telephone Number:    718-200-9474
(See item 3  in instructions)

Email Address: lwang@lwlegalfirm.com

Are you acting as lead counsel in this case?        ☒ Yes    ☐ No

Are you a member of the court's general bar?        ☒ Yes    ☐ No

Are you a member of the court's trial bar?          ☐ Yes    ☒ No

Are you appearing *pro hac vice*?                   ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/30/2026

Attorney signature:     S/ Longhao Wang_____
                        (Use electronic signature if the appearance form is filed electronically.)