**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chi Keung Lai

                                      Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                       Defendant.

Case No.:
1:26–cv–03479

Honorable Andrea
R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/9/2026. As stated on the record, by 7/23/2026, the appearing parties shall file a joint status report setting forth: (1) a proposed discovery schedule; (2) the parties' views regarding prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference; and (3) any other matters the parties feel it would be helpful to discuss with the Court. Telephonic status hearing set for 8/18/2026 at 9:45 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.