**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03479

Judge Andrea R. Wood

Magistrate Judge Albert Berry, III

**STATUS REPORT**

Plaintiff Chi Keung Lai, by and through undersigned counsel, and Defendants AmaShow (No. 9), Hei Jing (No. 12), Drizzlel (No. 13), and Wanxiao (No. 26), by and through their counsel Longhao Wang of LW Legal LLC, submit this Joint Status Report in response to the Minute Entry of July 9, 2026, addressing the items required by the Court:

The parties are pleased to report that Plaintiff and the appearing Defendants recently reached a settlement agreement. The parties are currently finalizing all terms and conditions of settlement. Upon full execution of the settlement agreement and its terms, Plaintiff will file a dismissal for these Defendants.

DATED:  July 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Longhao Wang*
Longhao Wang
IL Bar No. 6316761
LW Legal LLC
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606
Telephone: 718-200-9474
Email: lwang@lwlegalfirm.com
***Counsel for Defendants AmaShow,
Hei Jing, Drizzlel, and Wanxiao***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt