**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03479

Judge Andrea R. Wood

Magistrate Judge Albert Berry, III

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | LOMTRATS |
| 4 | Itstitch |
| 6 | AWEGFA |
| 8 | GERYUE |
| 10 | TattoosXparty |
| 11 | BestTattoos |
| 14 | Setoda Store |
| 15 | eGoodn |
| 19 | Jaurney |
| 21 | Puzzlefun |
| 24 | BirthdayLovely |
| 25 | yiyangshiziyangquqishuankejiyouxiangongsi |
| 28 | Bolcguri FGD |
| 29 | ZHANGEN |
| 34 | changyingfuzhuangjingyingbu |
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi |
| 40 | daixuejingarts |
| 43 | deanfun |
| 137 | giftsflash |

DATED: October 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt