**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHI KEUNG LAI,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:26-cv-03479<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Albert Berry, III |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff Chi Keung Lai respectfully moves, under Federal Rule of Civil Procedure 55(a) and (b)(2) and in accordance with the Court's minute entry of August 18, 2026 [26], for entry of default and default judgment against nineteen of the twenty Defendants identified in First Amended Schedule A (the "Defaulting Defendants"). Plaintiff does not seek relief by this motion against Defendant No. 3. Plaintiff files herewith a Memorandum in Support, the Declaration of Keith A. Vogt, and the Declaration of Yanling Jiang with Exhibits A and B. Plaintiff requests that the Court:

1. Enter default against the Defaulting Defendants;

2. Enter default judgment against the Defaulting Defendants on Count I of the Complaint for willful copyright infringement;

3. Award statutory damages of fifty thousand dollars ($50,000) against each Defaulting Defendant, under 17 U.S.C. § 504(c)(2);

4. Enter a permanent injunction against the Defaulting Defendants in the form of the proposed order;

5. Order Amazon Payments, Inc., PayPal, Inc., and any other third-party provider holding funds for the Defaulting Defendants to transfer the funds, up to the amount awarded against each Defendant, to Plaintiff within fourteen days of receipt of the order;

6. Authorize Plaintiff to commence supplemental proceedings under Federal Rule of Civil Procedure 69 and to send notice of any such proceeding to the e-mail addresses provided for the Defaulting Defendants by third parties; and

7. In the alternative, as to any Defaulting Defendant whose address the Court finds to be known, grant leave to serve that Defendant through the channel the Hague Service Convention provides, and, as to Defendant Nos. 10, 11, and 24 (Vietnam), grant leave to serve by registered mail with acknowledgement of receipt under Article 10(a), and defer entry of judgment against any such Defendant until that service is completed and reported.

Pursuant to the Court's practice, Plaintiff will send the proposed order to chambers at the time of filing and, if needed, again before the hearing set for October 8, 2026, at 9:15 a.m. [26].

DATED: October 2, 2026

Respectfully submitted,

_/s/ Keith A. Vogt_
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt