**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03479

Judge Andrea R. Wood

Magistrate Judge Albert Berry, III

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Chi Keung Lai. Except as otherwise expressly stated, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

2. On June 9, 2026, I sent an e-mail containing the Complaint, Summons, Minute Entry [15], Motion for Expedited Discovery and Electronic Service, Memorandum in Support, and Order [16] to the e-mail addresses associated with the Defendants' accounts at the Amazon, PayPal, Temu, and Walmart marketplaces, as identified and provided for Defendants by third parties, and I electronically published the same documents on a website. [19-1] ¶¶ 3-5.

3. As of the date of this declaration, none of the Defaulting Defendants identified in First Amended Schedule A has filed an answer, filed a motion under Rule 12, or appeared in this action. The only Defendants that appeared [21] were dismissed on August 19, 2026. [27].

4. On information and belief, none of the Defaulting Defendants is an active-duty member of the United States armed forces.

5. For Defendant Nos. 1, 14, 15, and 137, an investigator working under my direction purchased an infringing product with an Illinois ship-to address. The purchase receipts for these Defendants are attached as **Exhibit 1**.

6. For the remaining Defaulting Defendants, Amazon produced records in response to the Court's Order [16] confirming that each of the Defaulting Defendants completed at least one sale of the infringing products shipped to Illinois addresses. The number of completed Illinois sales reflected in the production for each Defendant is as follows:

| No. | Defendant | Completed Illinois sales |
|---|---|---|
| 4 | Itstitch | 6 |
| 6 | AWEGFA | 37 |
| 8 | GERYUE | 3 |
| 10 | TattoosXparty | 97 |
| 11 | BestTattoos | 104 |
| 19 | Jaurney | 57 |
| 21 | Puzzlefun | 1 |
| 24 | BirthdayLovely | 109 |
| 25 | yiyangshiziyangquqishuankejiyouxiangongsi | 6 |
| 28 | Bolcguri FGD | 6 |
| 29 | ZHANGEN | 458 |
| 34 | changyingfuzhuangjingyingbu | 1 |
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi | 1 |
| 40 | daixuejingarts | 1 |
| 43 | deanfun | 25 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on October 2, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt