Exhibit 1

# Order Summary

Order placed January 2, 2026 Order # 112-4669960-8288203

**Ship to**
[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**
Visa ending in [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$11.01** |

## Arriving Monday



LOMTRATS Easy Cross Stitch Kits Seven Color Fox 11CT Stamped Embroidery Starter Kit DIY Needlework Craft Fox (28x38cm)
Sold by: LOMTRATS
Supplied by: Other
$9.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed January 2, 2026    Order # 112-1415213-5634618

**Ship to**
[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**
Visa ending in [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$13.22** |

## Arriving Monday



Setoda 16CT High Definition Printed Embroidery Fabric Patterns Starter Kits for Girl DIY Stamped Cross Stitch Pattern-Seven Color Fox 16CT 7.5×10.2 (inch)
Sold by: Setoda Store
Supplied by: Other
$11.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed January 2, 2026    Order # 112-5112882-4417051

**Ship to**
[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**
Visa ending in [redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$11.01** |

## Arriving Monday



4 Pack Colorful Animal Diamond Painting Kits for Adults 20X25CM, Small Diamond Art Set for Beginners with Cat, Fox, Owl, Cow Cute Design, Wall Art Full Drill Crystal Mosaic Craft for Home Decor
Sold by: eGoodn
Supplied by: Other
$9.99

Back to top

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

**杨军**
2 January 2026 . Payment

**−$18.94 USD**

**Paid with**

VISA Debit Card x-[redacted] $18.94 USD
You'll see "PAYPAL *YAN2P4U" on your card statement.

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

7T8645027A528704M

**Seller info**

杨军
+86 13916512804
jyyangmoneymaking@gmail.com

**Invoice ID**

cdefdf-4790771

**Order summary**



| | |
|---|---|
| Fox Paint By Number Canvas Kit - 20x30cm no frame<br>Product ID: YDRWCDGGJHZM | $18.94 USD |
| 🎅 🎄 Add 1 More, Save $5! | $0.00 USD |
| Shipping Insurance | $0.00 USD |
| Amount | **$18.94 USD** |
| **Total** | **$18.94 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **1 July 2026**. You may be **eligible for purchase protection**