# Exhibit A

# Per-Defendant Address Investigation Summary

to the Declaration of Yanling Jiang

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Proposed Service |
|---|---|---|---|---|---|---|---|
| 1 | LOMTRATS | Pinyin only (run-together); storefront is an unrelated alias | Amazon (profile captured 10/30/25) | Weichang Rd. No. 293, Bldg. 2, Jinshiwan Economic Community, Jinshan Dist., Shanghai (卫昌路 293 号 / 2 幢(金石湾经济小区) / 金山区 / 上海市 / 201508 / CN) | Google web (Chinese query): reaches No. 293 Weichang Rd., Bldg. 2 ( 卫昌路 293 号, 2 幢); the AI Overview describes it as a park address used for company registration; no occupant identified. Google Maps (Chinese query): “Partial match,” with Jinshiwan Economic Community (金石湾经济小区) struck through; the result is 293 Weichang Rd., Bldg. 2; no unit. Baidu Maps (Chinese query, switched to Shanghai): six companies registered at No. 293 Weichang Rd., Bldg. 2, each in a different room (for example, Rms. 3158, 10218, and 8890); none is the Defendant. Amap (Sept. 30, 2026; query 上海市金山区卫昌路 293 号 2 幢): No. 293 Weichang Rd. located; one business listing, “Cino Fine Jewellery,” at Bldg. 2, Rm. 2192; the stated address gives no room, and nothing ties the Defendant to any listing. The Sept. 30, 2026 Amazon profile recapture shows only Jinshan Dist. / Shanghai / 201508 / CN; the lines above are not visible. Tianyancha returned a registered entity at the building-level address (see Ex. B, No. 1). | BUILDING-LEVEL, multi-tenant registration building; no unit stated or located | Email / Rule 4(f)(3) under Art. 1 (address not known); Central Authority service requested in the alternative |
| 4 | Itstitch | Pinyin only (spaced syllables, as displayed) | Amazon (profile captured 9/1/25) | Liubei Dist., Xingda Rd. No. 10, Bailu Area Plot D-14, Liuzhou, Guangxi (柳北区兴达路 10 号 / 白露片区 D-14 地块 / 柳州市 / 广西 / 545002 / CN). On the Amazon page, the first line reads “兴达路 10 号 白露片区 D14 地块” (Plot D14, without the hyphen), with Liubei Dist. (柳北区) on its own line; the characters are otherwise the same. The Business Name on the Amazon page, “Liu Zhou Shi Ji Shang Dian Mao Yi You Xian Gong Si,” differs from the name searched on the registry (see Ex. B, No. 4). | Google web (Chinese query): the AI Overview restates the query; the only web result concerns a different road; nothing identifies No. 10 Xingda Rd. or Plot D-14. Google Maps (Chinese query): five places, the first a Bailu village committee; none at the address. Baidu Maps (Chinese query): Baidu switched to a city other than Liuzhou, then returned “no relevant place found” (未找到相关地点). Amap (Chinese query): the nearest result is “Plot D-15, Panyun Road, Bailu Industrial Park,” a neighboring plot on a different road; nothing for Plot D-14 or No. 10 Xingda Rd. | NOT LOCATED (referent plot not found; neighboring plot D-15 found) | Email / Rule 4(f)(3) under Art. 1 |
| 6 | AWEGFA | Pinyin only (run-together) | Amazon (profile captured 9/1/25) | Beiyuan Subdistrict, Yiwu; Siji Zone 4, Bldg. 76, Unit 1, Rm. 301; Jinhua, Zhejiang (义乌市北苑街道 / 四季四区 76 栋 1 单元 301 室 / 金华市 / 浙江 / 322000 / CN) | Google web (Chinese query): the AI Overview restates the address; subdistrict level only. Google Maps (Chinese query): “Partial match,” with the zone, building, unit, and room struck through; the result is Beiyuan Residential District (subdistrict). Baidu Maps (Chinese query): “no relevant place found” (未找到相关地点). Amap (Chinese query): outlines the Siji Zone 4 (四季四区) compound and returns “Building 76, Section 4, Siji,” Beiyuan Street; building level; Unit 1 and Rm. 301 are not shown. | BUILDING-LEVEL (Bldg. 76 located; unit and room not) | Email / Rule 4(f)(3) under Art. 1 |
| 8 | GERYUE | Pinyin only (run-together) | Amazon (profile captured 9/1/25) | Beiyuan Subdistrict, Yiwu; Siji Zone 2, Unit 2, Rm. 304; Jinhua, Zhejiang (义乌市北苑街道 / 四季二区 2 单元 304 室 / 金华市 / 浙江 / 322000 / CN). The address names a unit and room but no | Google web (Chinese query): the AI Overview restates the address; the first web result is a Baidu Maps page for a different building (Siji Zone 4, Bldg. 51 (四季四区 51 栋)). Google Maps: “Partial match,” with the unit struck through; Beiyuan Residential District (subdistrict). Baidu Maps (Chinese query, switched to Jinhua): results inside Siji Zone 2 ( 四季二区), for example a Building 2 (四季二区-2 号楼); Unit 2, Rm. | COMPOUND-LEVEL (Siji Zone 2); no building number stated | Email / Rule 4(f)(3) under Art. 1 |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Proposed Service |
|---|---|---|---|---|---|---|---|
| | | | | building number. | 304 not located. | | |
| 10 | TattoosXparty | Vietnamese natural-person name (Thi Thuy Tram Tran) | Amazon (profile captured 9/1/25) | TDP5 DONG PHU / DONG HOI / QUANG BINH / 47000 / VN (Residential Group 5, Dong Phu Ward, Dong Hoi, Quang Binh) | Google web (romanized query, no diacritics): the AI Overview reads it as Tổ dân phố 5, Đồng Phú ward, Đồng Hới city; the first web result concerns a different ward. Google Maps (romanized query): "Partial match," with TDP5 DONG PHU and QUANG BINH struck through; the result is a postal-code point "Quảng Bình 47000" near Đồng Hới. Baidu Maps returned "no relevant place found" and is not relied on, because the PRC mapping services do not apply to a Vietnamese address. The address has no house number. | VIETNAM; AREA-ONLY (ward-level group; no house number) | Email / Rule 4(f)(3) (Art. 1 not known; Vietnam does not oppose Art. 10(a) postal service by registered mail); registered mail with acknowledgement of receipt in the alternative |
| 11 | BestTattoos | Vietnamese natural-person name (Nhat Long Doan) | Amazon (profile captured 9/1/25) | Thi tran Quy Dat / Minh Hoa / Quang Binh / 47000 / VN (Quy Dat Town, Minh Hoa, Quang Binh) | Google web (romanized query): the top result is a Facebook page for Thị trấn Quy Đạt; the AI Overview identifies the town as the seat of Minh Hóa district, postal code 47000. Google Maps (romanized query): a list of unrelated places in the town (market, schools, police station, shops); no seller location. Baidu Maps returned an unrelated result in Seattle, Washington, and is not relied on (PRC mapping services do not apply). The address names a town only, with no street or house number. | VIETNAM; AREA-ONLY (town; no street or number) | Same as No. 10 |
| 14 | Setoda Store | English translation only (Liuzhou chuangjia Technology Co., Ltd.) | Amazon (profile captured 10/7/25) | Dengshan Rd. No. 2, Bldg. 15, Rm. 302; Chengzhong Dist., Liuzhou, Guangxi (凳山路 2 号 15 栋 302 室 / 柳州 / 城中区 / 广西 / 545006 / CN) | Google web (Chinese query): a map card for "15 302" at "15-2 Dengshan Rd," postcode 545036 (not 545006). Google Maps: the search string is "15 302," not the full address; a building-level pin on a place named "15 302" at 15-2 Dengshan Rd., postcode 545036. Baidu Maps (Chinese query, switched to Liuzhou): nine results at No. 2 Dengshan Rd., the China Resources Land Jinglanwan (华润置地静兰湾) compound and shops in its buildings; Bldg. 15 and Rm. 302 are not located. Tianyancha returned one registered entity at a different registered address (see Ex. B, No. 14). | COMPOUND-LEVEL (No. 2 Dengshan Rd.); Google's pin is at a differently numbered address | Email / Rule 4(f)(3) under Art. 1 |
| 15 | eGoodn | Pinyin only (spaced syllables) | Amazon (profile captured 10/22/25) | Xili Subdistrict, Xinwei Wangtang Industrial Zone, Bldg. 18, Rm. 369; Nanshan Dist., Shenzhen (西丽街道新围旺棠工业区 18 栋 369 室 / 深圳 / 南山区 / 广东 / 518055 / CN) | Google web (Chinese query): the AI Overview places the address in the Wangtang (旺棠) industrial zone near Xili station; the first web result is a Baidu page for a different building (Bldg. 12). Google Maps (Chinese query): hotels only. Baidu Maps (Chinese query): "no relevant place found" (未找到相关地点). Amap (Chinese query): the first result is "Building 18, Wangtang Industrial Zone," No. 155 Xingao Road; building level; Rm. 369 is not located. | BUILDING-LEVEL (Bldg. 18 located; room not) | Email / Rule 4(f)(3) under Art. 1 |
| 19 | Jaurney | Pinyin only (run-together) | Amazon (profile captured 10/30/25) | Yongjun Community, Beiyuan Subdistrict, Yiwu; Yongjun Zone 2, Bldg. 8, Unit 2, 301; Jinhua, Zhejiang (义乌市北苑街道拥军社区 / 拥军二区 8 幢 2 单元 301 / 金华市 / 浙江 / 322000 / CN) | Google web (Chinese query): a knowledge panel for the Yongjun Community (拥军社区) residents' committee; the AI Overview restates the address. Google Maps: the search box shows the place name, not the address; the result is the residents' committee office. Baidu Maps (Chinese query, switched to Jinhua): result "Yongjun Zone 2, Building 8" (拥军 2 区-8 号楼); a different business is listed at Yongjun Zone 1, Bldg. 8, Unit 2, Rm. 301 (拥军一区 8 幢 2 单元 301 室), marked under construction; Unit 2, No. 301 of Zone 2 is not located. A candidate registered entity at a different address appears in Ex. B, No. 19. | BUILDING-LEVEL (Bldg. 8 located; unit not) | Email / Rule 4(f)(3) under Art. 1 |
| 21 | Puzzlefun | Pinyin only (spaced syllables) with English suffix | Amazon (profile captured 10/22/25) | Bantian Subdistrict, Bantian Community, Xiawei No. 1, 210; Longgang Dist., Shenzhen (坂田街道坂田社区 / 下围 1 号 210 / 深圳市 / 龙岗区 / 广东省 / 518000 / CN) | Google web (Chinese query): community level; Xiawei No. 1 (下围 1 号) not identified. Google Maps (Chinese query): a list of places in Bantian. Baidu Maps (Chinese query, switched to Shenzhen): six unrelated results across Shenzhen districts. Xiawei No. 1 and No. 210 not located. | AREA-ONLY (community) | Email / Rule 4(f)(3) under Art. 1 |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Proposed Service |
|---|---|---|---|---|---|---|---|
| 24 | BirthdayLovely | Vietnamese natural-person name (Hong Quan Nguyen) | Amazon (profile captured 10/30/25) | DAI TRACH / BO TRACH / QUANG BINH / 512020 / VN (Dai Trach Commune, Bo Trach, Quang Binh) | Google web (romanized query): the AI Overview identifies the postal code for Đại Trạch commune, Bố Trạch, Quảng Bình. Google Maps (romanized query): "Partial matches," with BO TRACH and 512020 struck through; two results, in Bắc Ninh and Thanh Hóa provinces, neither in Quảng Bình. Baidu Maps returned "no relevant place found" and is not relied on. The address has no house number. | VIETNAM; AREA-ONLY (commune; no house number) | Same as No. 10 |
| 25 | yiyangshiziyangqushuankejiyouxiangongsi | Pinyin only (run-together); storefront identical to Business Name | Amazon (profile captured 9/1/25) | Changchun Town, Ziyang Dist.; Economic Development Zone, Zhifu N. Rd. No. 3; Yiyang, Hunan (资阳区长春镇 / 经开区致富北路 3 号 / 益阳 / 湖南 / 413000 / CN) | Google web (Chinese query): road at best; the first web result is a different road. Google Maps (Chinese query): "Partial match," with the zone, road name, and number struck through; Changchun Town. Baidu Maps (Chinese query, switched to Yiyang): nothing at No. 3 Zhifu N. Rd. Amap (Sept. 30, 2026; Chinese query): No. 3 Zhifu N. Rd. located; four businesses listed there: a Guming tea shop (古茗(资阳致富北路)), Yihan Pharmacy (益汉大药房(益阳马良店)), Yirentang Chinese Medicine Clinic (益仁堂国医馆), and a Xiangniren spicy-hotpot shop (香你人麻辣烫). The Sept. 30, 2026 Amazon profile recapture shows only Yiyang / Hunan / 413000 / CN; the street lines are not visible. The address names no unit. Tianyancha returned a registered entity at the stated address (see Ex. B, No. 25). | STREET-NUMBER LEVEL; shared by four unrelated businesses; no unit | Email / Rule 4(f)(3) under Art. 1; Central Authority service requested in the alternative |
| 28 | Bolcguri FGD | English translation only (yiwu jinyue Network Technology Co., Ltd.) | Amazon (profile captured 9/1/25) | Choujiang Subdistrict, Wutong St. No. 216, Rm. 204; Yiwu, Jinhua, Zhejiang (稠江街道梧桐街 216 号 204 室 / 义乌市 / 金华市 / 浙江 / 322000 / CN) | Google web (Chinese query): unrelated insurance and securities listings. Google Maps (Chinese query): a list of Yiwu market places; two far-apart pins, one near Shenzhen. Baidu Maps (Chinese query, switched to Jinhua): street-level results on Wutong St. (梧桐街), including No. 216 Wutong St., Choujiang Subdistrict, attached to an unrelated film-laminating business listing; Rm. 204 is not located. | STREET-NUMBER LEVEL (No. 216 located; room not) | Email / Rule 4(f)(3) under Art. 1 |
| 29 | ZHANGEN | Natural-person name in pinyin (zhanggen yang) | Amazon (profile captured 9/1/25) | Honghua Community, Bldg. 107, Unit 3, Rm. 403; Houzhai Subdistrict, Yiwu, Zhejiang (洪华小区 107 幢 3 单元 403 室 / 后宅街道 / 义乌 / 浙江 / 322008 / CN) | Google web (Chinese query): a Baidu Maps page for Honghua Community (洪华小区); Bldg. 107 not identified. Google Maps: the search box shows "Honghua Residents' Committee," not the address. Baidu Maps (Chinese query): Baidu switched to a city other than Yiwu, then returned "no relevant place found" (未找到相关地点). Amap (Chinese query): outlines the compound and returns "Building 107, Honghua"; Unit 3 and Rm. 403 are not located. | BUILDING-LEVEL (Bldg. 107 located; unit and room not) | Email / Rule 4(f)(3) under Art. 1 |
| 34 | changyingfuzhuangjingyingbu | Pinyin only (run-together) | Amazon (profile captured 9/10/25) | Yiling Dist.; Xiabaoping Township, Mazongling Village Group 4, No. 80, self-declared; Yichang, Hubei (夷陵区 / 下堡坪乡马宗岭村四组 80 号（自主申报） / 宜昌市 / 湖北省 / 443141 / CN) | Google web (Chinese query): no results. Google Maps (Chinese query): "Partial matches," with the group and house number struck through; village and township level (postcode shown 443146, not 443141). Baidu Maps (Chinese query, switched to Yichang): nine unrelated "No. 80" results across Yichang, none in Xiabaoping Township or Mazongling Village. Tianyancha returned a registered entity at the stated address (see Ex. B, No. 34). | AREA-ONLY (village; rural self-declared address) | Email / Rule 4(f)(3) under Art. 1; Central Authority service requested in the alternative |
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi | Pinyin only (run-together); storefront identical to Business Name | Amazon (profile captured 9/1/25) | Nansha Subdistrict, Yu'an St. No. 100-1, Rm. 501; Nansha Dist., Guangzhou (南沙街道裕安街 100 号之一 501 房 / 南沙区 / 广州市 / 广东 / 511400 / CN) | Google web (Chinese query): the AI Overview restates the address; unrelated results. Google Maps (Chinese query): an unrelated business on a different road (Huangge Blvd. N.). Baidu Maps (Chinese query, switched to Guangzhou): road level (Yu'an St. intersections and No. 91 Yu'an St.); nothing at No. 100 and no Rm. 501. | ROAD-LEVEL (road located; number not) | Email / Rule 4(f)(3) under Art. 1 |
| 40 | daixuejingarts | Storefront alias matching the legal representative's name in pinyin | Amazon (profile captured 9/1/25) | Xianyou County; Xiyuan Township, Xianxi Village, Huangkeng No. 28; Putian, Fujian (仙游县 / 西苑乡仙西村黄坑 28 号 / 莆田市 / 福建省 / | Google web (Chinese query): a Baidu Baike result identifies Huangkeng (黄坑) as one of the natural villages of Xianxi Village (仙西村); no result identifies house No. 28. Google Maps: the search box is "Xianshuiyang" (仙水洋), a scenic-area name, not the address; township-level place. Baidu Maps (Chinese query, switched to Putian): | AREA-ONLY (natural village; no road) | Email / Rule 4(f)(3) under Art. 1; Central Authority service requested in the alternative |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Proposed Service |
|---|---|---|---|---|---|---|---|
| | | (Dai Xuejing, 戴雪晶) | | 351267 / CN) | township-level results and one Xianxi Village entry at a different house (Guanwei No. 321 (官尾 321 号)); Huangkeng and No. 28 not located. Tianyancha returned a registered entity at the stated address (see Ex. B, No. 40). | | |
| 43 | deanfun | English translation only (Yiwu Qianze Trading Company Ltd.) | Amazon (profile captured 10/30/25) | Danxi Zone 3, Xiangzhangyuan, Bldg. 7, Unit 2, Rm. 401; Beiyuan Subdistrict, Yiwu, Zhejiang (丹溪三区香樟苑 7 栋 2 单元 401 室 / 义乌市 / 北苑街道 / 浙江省 / 322000 / CN) | Google web (Chinese query): the top result is a Baidu geocoder entry for a different building in the same compound (Bldg. 13, Unit 5, No. 101). Google Maps (Chinese query): “Partial match,” with the building, unit, and room struck through; a parking lot in the compound. Baidu Maps (Chinese query, switched to Jinhua): “Danxi Zone 3 (Xiangzhangyuan) South District, Building 7” (丹溪三区(香樟苑)南区-7 幢); building level; Unit 2 and Rm. 401 are not located. | BUILDING-LEVEL (Bldg. 7 located; unit and room not) | Email / Rule 4(f)(3) under Art. 1 |
| 137 | giftsflash | Chinese-character personal name (Yang Jun, 杨军) | PayPal (Business License tab) | 7/F., DAWNING HOUSE,145 CONNAUGHT ROAD CENTRAL,SHEUNG WAN, Hong Kong, Hong Kong, 999077, HongKong 999077 | Google web (address query): the AI Overview places the address on the seventh floor of Dawning House (多寧大廈), which it describes as a 12-to-13-story multi-tenant commercial office building housing small and medium enterprises, trading companies, and professional services; the top web result is the Defendant’s own website contact page (giftsflash.com), which repeats the same address and gives the legal name “GiftsFlash.” Google Maps: Dawning House located at 145 Connaught Rd Central, Sheung Wan; the result is the building’s own listing, categorized as “Corporate office,” with a website (mhh.com.hk) and telephone number (+852 2545 8588), neither of which is the Defendant’s; no occupant of the seventh floor is identified, and nothing places the Defendant there. Baidu Maps: “no relevant place found” (未找到相关地点); Baidu does not cover Hong Kong and is not relied on. The address names a floor but no unit. | Hong Kong; BUILDING-LEVEL (Dawning House located; seventh floor, no unit; no occupant identified) | Email / Rule 4(f)(3) under Art. 1 (address not known); in the alternative, email under Art. 10(a) (Hong Kong has not objected), or service by postal channel at the disclosed address |