# Exhibit B

# Tianyancha Registry Search Results
to the Declaration of Yanling Jiang

| No. | Storefront | Business Name (as searched) | Platform Address as Searched (English; verbatim Chinese in parentheses) | Name-search result | Storefront-name search | Exact-address match | Notes |
|---|---|---|---|---|---|---|---|
| 1 | LOMTRATS | SHANGHAIYUANZEJINCHUKOUMAOYIYOUXIANZERENGONGSI | Weichang Rd. No. 293, Bldg. 2, Jinshiwan Economic Community, Jinshan Dist., Shanghai (卫昌路 293 号 2 幢(金石湾经济小区) 金山区 上海市 201508 CN) | 1 result: Shanghai Yuanze Import & Export Trade Co., Ltd. (上海远则进出口贸易有限责任公司), active | No result | Yes (building level) | Registered address is the building-level address (Bldg. 2) with no unit; see Ex. A, No. 1 |
| 4 | Itstitch | LiuZhouShiJiSangDianMaoYiYouXianGongSi | Liubei Dist., Xingda Rd. No. 10, Bailu Area Plot D-14, Liuzhou, Guangxi (柳北区兴达路 10 号 白露片区 D-14 地块 柳州市 广西 545002 CN) | No result for the name searched; no result for the Chinese-character rendering Liuzhou Jisang Trading Co., Ltd. (柳州市吉桑商贸有限公司) | No result | No | The name searched differs from the name on the Amazon capture of 9/1/25 ("Liu Zhou Shi Ji Shang Dian Mao Yi You Xian Gong Si" on the capture; "Sang" in the name searched). |
| 6 | AWEGFA | yiwushimiaoyuanmiaoyiyouxiangongsi | Beiyuan Subdistrict, Yiwu; Siji Zone 4, Bldg. 76, Unit 1, Rm. 301; Jinhua, Zhejiang (义乌市北苑街道 四季四区 76 栋 1 单元 301 室 金华市 浙江 322000 CN) | No result; no result for the Chinese-character rendering Yiwu Miaoyuan Trading Co., Ltd. (义乌市苗缘贸易有限公司) | No result | No | No registered entity found by name |
| 8 | GERYUE | yiwushiyuepindianzishangwuyouxiangongsi | Beiyuan Subdistrict, Yiwu; Siji Zone 2, Unit 2, Rm. 304; Jinhua, Zhejiang (义乌市北苑街道 四季二区 2 单元 304 室 金华市 浙江 322000 CN) | 3 results, each a different Chinese rendering of "Yiwu Yuepin E-Commerce Co., Ltd.": 义乌市阅品电子商务有限公司 (active); 义乌市跃频电子商务有限公司 (business license revoked); 义乌市月聘电子商务有限公司 (deregistered) | 2 results; one, Wuhan Geeryue Construction Labor Services Co., Ltd. (武汉格尔悦建筑劳务有限公司), matches the English name only and was not examined further | No | Two entities examined, neither registered at the address searched; the deregistered entity (月聘) was not examined |
| 10 | TattoosXparty | Thi Thuy Tram Tran | TDP5 DONG PHU DONG HOI QUANG BINH 47000 VN | n/a (Vietnam) | n/a | n/a | PRC registry inapplicable |
| 11 | BestTattoos | Nhat Long Doan | Thi tran Quy Dat Minh Hoa Quang Binh 47000 VN | n/a (Vietnam) | n/a | n/a | PRC registry inapplicable |
| 14 | Setoda Store | Liuzhou chuangjia Technology Co., Ltd. | Dengshan Rd. No. 2, Bldg. 15, Rm. 302; Chengzhong Dist., Liuzhou, Guangxi (凳山路 2 号 15 栋 302 室 柳州 城中区 广西 545006 CN) | 1 result: Liuzhou Chuangjia Technology Co., Ltd. (柳州创佳科技有限公司), active | No result | No | Registered in a different district (Liudong New District, 柳东新区) from the address searched (Chengzhong District, 城中区) |
| 15 | eGoodn | Shen Zhen Shi Li | Xili Subdistrict, Xinwei | 20 results (homophone and | No result | No | Neither examined entity is registered at the address |

| No. | Storefront | Business Name (as searched) | Platform Address as Searched (English; verbatim Chinese in parentheses) | Name-search result | Storefront-name search | Exact-address match | Notes |
|---|---|---|---|---|---|---|---|
| | | Shang Ke Ji You Xian Gong Si | Wangtang Industrial Zone, Bldg. 18, Rm. 369; Nanshan Dist., Shenzhen (西丽街道新围旺棠工业区 18 栋 369 室 深圳 南山区 广东 518055 CN) | related names); first two examined | | | searched; both are registered through business-secretary companies; 18 others not examined |
| 19 | Jaurney | yiwushisunbindianzishangwushanghang | Yongjun Community, Beiyuan Subdistrict, Yiwu; Yongjun Zone 2, Bldg. 8, Unit 2, 301; Jinhua, Zhejiang (义乌市北苑街道拥军社区 拥军二区 8 幢 2 单元 301 金华市 浙江 322000 CN) | No result; Chinese-character rendering Yiwu Sun Bin E-Commerce Firm (义乌市孙斌电子商务商行): 1 result, active | No result | No | Candidate identified only by a researcher's Chinese-character rendering; registered in a different subdistrict |
| 21 | Puzzlefun | SHEN ZHEN SHI YUE XUN FENG DIAN ZI KE JI COLTD | Bantian Subdistrict, Bantian Community, Xiawei No. 1, 210; Longgang Dist., Shenzhen (坂田街道坂田社区 下围 1 号 210 深圳市 龙岗区 广东省 518000 CN) | No result; no result for the Chinese-character rendering Shenzhen Yuexunfeng Electronic Technology Co., Ltd. (深圳市悦迅风电子科技有限公司) | No result | No | No registered entity found by name |
| 24 | BirthdayLovely | Hong Quan Nguyen | DAI TRACH BO TRACH QUANG BINH 512020 VN | n/a (Vietnam) | n/a | n/a | PRC registry inapplicable |
| 25 | yiyangshiziyangququqishuankejiyouxiangongsi | yiyangshiziyangququqishuankejiyouxiangongsi | Changchun Town, Ziyang Dist.; Economic Development Zone, Zhifu N. Rd. No. 3; Yiyang, Hunan (资阳区长春镇 经开区致富北路 3 号 益阳 湖南 413000 CN) | 1 result: Yiyang Ziyang District Qishuan Technology Co., Ltd. (益阳市资阳区齐栓科技有限公司), active | Not run (identical to Business Name) | Yes | Street number shared with other businesses per Ex. A; no unit |
| 28 | Bolcguri FGD | yiwu jinyue Network Technology Co., Ltd. | Choujiang Subdistrict, Wutong St. No. 216, Rm. 204; Yiwu, Jinhua, Zhejiang (稠江街道梧桐街 216 号 204 室 义乌市 金华市 浙江 322000 CN) | 3 results: Yiwu Jinyue Network Technology Co., Ltd. (义乌市锦越网络科技有限公司), active; Yiwu Jinyu Network Technology Co., Ltd. (义乌市锦誉网络科技有限公司), active; Yiwu Jinyu Network Technology Co., Ltd. (义乌市金域网络科技有限责任公司), active | No result | No | Two entities examined, neither registered at the address searched; Jinyu (锦誉) is on the abnormal-operations list; Jinyu (金域) was not examined |
| 29 | ZHANGEN | zhanggen yang | Honghua Community, Bldg. 107, Unit 3, Rm. 403; Houzhai Subdistrict, Yiwu, Zhejiang (洪华小区 107 幢 3 单元 403 室 后宅 | 20 results, nearly all person-name matches; first two examined | 20 results, unrelated | No | Business Name is a person's name; the two examined are in Liaoning and Shenzhen; 18 others not examined |

| No. | Storefront | Business Name (as searched) | Platform Address as Searched (English; verbatim Chinese in parentheses) | Name-search result | Storefront-name search | Exact-address match | Notes |
|---|---|---|---|---|---|---|---|
| | | | 街道 义乌 浙江 322008 CN) | | | | |
| 34 | changyingfuzhuangjingyingbu | Yilingquchangyingfuzhuangjingyingbu | Yiling Dist.; Xiabaoping Township, Mazongling Village Group 4, No. 80, self-declared; Yichang, Hubei (夷陵区 下堡坪乡马宗岭村四组 80 号（自主申报） 宜昌市 湖北省 443141 CN) | 1 result: Yiling District Changying Clothing Business (夷陵区畅赢服装经营部), active | 20 results, including the same entity | Yes | Registered address is a rural village address recorded as self-declared (自主申报) |
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi | guangzhouyuanshuangshangmaoyouxiangongsi | Nansha Subdistrict, Yu'an St. No. 100-1, Rm. 501; Nansha Dist., Guangzhou (南沙街道裕安街 100 号之一 501 房 南沙区 广州市 广东 511400 CN) | 4 results, each a different Chinese rendering of "Guangzhou Yuanshuang Trading Co., Ltd.": 广州元霜商贸有限公司 (active); 广州源双商贸有限公司 (active); 广州源爽商贸有限公司 (deregistered); 广州源霜商贸有限公司 (registration revoked) | Not run (identical to Business Name) | No | Two entities examined, neither registered at the address searched; 源双 is listed as unreachable at its registered address; 源爽 and 源霜 were not examined |
| 40 | daixuejingarts | xianyouxianmaixinlimaoyiyouxiangongsi | Xianyou County; Xiyuan Township, Xianxi Village, Huangkeng No. 28; Putian, Fujian (仙游县 西苑乡仙西村黄坑 28 号 莆田市 福建省 351267 CN) | 1 result: Xianyou County Maixinli Trading Co., Ltd. (仙游县麦莘立贸易有限公司), active | No result | Yes | Legal representative Dai Xuejing (戴雪晶) corresponds to the storefront name; rural address |
| 43 | deanfun | Yiwu Qianze Trading Company Ltd., | Danxi Zone 3, Xiangzhangyuan, Bldg. 7, Unit 2, Rm. 401; Beiyuan Subdistrict, Yiwu, Zhejiang (丹溪三区香樟苑 7 栋 2 单元 401 室 义乌市 北苑街道 浙江省 322000 CN) | No result; Chinese-character rendering Yiwu Qianze Trading Co., Ltd. (义乌市千泽贸易有限公司): 3 results; the first, Yiwu Qianzeyue Import & Export Co., Ltd. (义乌市千泽月进出口有限公司), active, in Yiwu, matched on a former name that was not examined | 8 results: trademark and email matches to Zhongshan, Guangdong companies, including Zhongshan Die'anfen entities (中山市蝶安芬) | No | Storefront name returns trademark and email matches to Zhongshan, Guangdong companies (Die'anfen (蝶安芬) entities); none bears the disclosed Business Name; their registered addresses were not examined |
| 137 | giftsflash | Yang Jun (杨军) | 7/F., DAWNING HOUSE,145 CONNAUGHT ROAD CENTRAL,SHEUNG WAN, Hong Kong, Hong Kong, 999077, HongKong 999077 | n/a (Hong Kong) | n/a | n/a | PRC registry inapplicable |