**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03479

Judge Andrea R. Wood

Magistrate Judge Albert Berry, III

**CORRECTED NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
| --- | --- |
| 2 | Stitchmelody Cross Stitch |
| 16 | Silent Harbor |
| 20 | yehongying |
| 32 | Broad Universe |
| 33 | WEN QEE |
| 35 | guangzhouqiangxianshangmaodian |
| 37 | yanLbaby |
| 38 | junlemei |
| 39 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 41 | JLJDP |
| 42 | 嘉善立鑫五金制品贸易有限公司 |
| 44 | zezekeji |
| 45 | Evangeline |
| 46 | mr wang |
| 47 | SHUNDONG Co.Ltd |
| 49 | Poster Artwork |
| 50 | Miracle Decorate |

| | |
|---|---|
| 51 | WDQFANBU art poster shop |
| 52 | CCartist |
| 53 | Blackout Art |
| 54 | KUBY Painting SHOP |
| 55 | CanvasEva |
| 56 | The Pinnacle Of Art CC |
| 57 | Quangshengbei |
| 58 | Exquisite pillow life |
| 59 | meichuxi |
| 60 | Love and Freedom stickers |
| 61 | Hot auto car accessories |
| 62 | Yefeng Auto car accessories |
| 63 | American lucky sticker |
| 64 | ArtSpark |
| 67 | Sticker S |
| 69 | asasdbhbhibhibhik |
| 70 | A Dream Wedding |
| 71 | LikeMeNow |
| 72 | DMstudio |
| 73 | lingthint |
| 74 | Bloom Max WishShape |
| 75 | linliyuangerendian |
| 76 | qiqiposter |
| 77 | Wooden frame art poster |
| 78 | Wonderful poster decoration painting |
| 79 | Y HDposter |
| 80 | F Sincere Decorative painting |
| 81 | yujain ni art |
| 82 | T ART Canvas painting |
| 83 | TSNKH |
| 84 | HomeGallery |
| 85 | luckytow |
| 86 | Art Triple Canvas Co |
| 87 | XXLLshop |
| 88 | KC stickers |
| 89 | huahuadecorationshop |
| 90 | zhengjiayano |
| 91 | Zhi han Canvas Painting |

| | |
|---|---|
| 92 | Rongxishopping |
| 93 | J Happy Decorative Painting |
| 94 | Academic Search Shop |
| 95 | YAZHUHENG |
| 96 | HQY Art |
| 97 | A Super decorative painting |
| 98 | Talisha Decorate |
| 99 | cangwangtushudian |
| 100 | Cfchaowu |
| 101 | Cfjiajudian |
| 102 | I Distant decorative painting |
| 103 | Y ING |
| 104 | XMcytwo |
| 105 | fangyanping |
| 106 | Great stickers |
| 107 | E Sea Artwork |
| 108 | A Sincere Decorative painting |
| 109 | C Grateful Decorative painting |
| 110 | LZMGXBBQD |
| 111 | XM ART |
| 112 | Zhang Ping Canvas painting |
| 113 | NiuCanvasPainting |
| 114 | Biwangf |
| 115 | Rising Star Art Gallery |
| 116 | SI Art shop |
| 117 | AT stickers |
| 118 | GiftsByDesign |
| 119 | DDWFEA |
| 120 | MGDZSD |
| 121 | I am not interested in money |
| 122 | zou xiao Canvas Painting |
| 123 | Palette Loft |
| 124 | jianhongfanbuhua |
| 125 | ZWN Wall Art |
| 126 | QiYuyuanbin |
| 127 | Blanket Runner Table Shop |
| 128 | HomeMat |
| 129 | JJ Sign |

| | |
|---|---|
| 130 | Strong Overlord Shop |
| 131 | Shuangshuang fabric shop |
| 132 | Sunny Spaces k |
| 133 | Shouwu Shop |
| 134 | Artistic Decor Canvas |
| 135 | Magtion Art |
| 136 | between lovers |

DATED: October 5, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 5, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt