**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chi Keung Lai

Plaintiff,

v.

Case No.: 1:26−cv−03479
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/8/2026. For the reasons stated on the record, Plaintiff's motion for entry of default and default judgment against the Defendants identified in First Amended Schedule A [29] is taken under advisement. The Court will address the motion by separate order. By 12/8/2026, Plaintiff shall file a status report on the status of service on the remaining defendant including any other outstanding issues Plaintiff would like to bring to the Court's attention. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.